DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY CARDOSO,<br><br>    Defendant | Case No.: 2:07-cr-00023-MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

  The parties agree that time beginning May 3, 2007 and extending through May 17, 2007 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C.§3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.§3161(h)(8)(A).

///

///

1

Furthermore, Assistant United States Attorney Heiko Coppola will not be available on May 3, 2007.

The parties further request that this matter be taken off the May 3, 2007, calendar and be rescheduled to May 17, 2007 at 9:00 a.m.

Respectfully submitted,

Date:  4-24-07          By:  /s/ Danny D. Brace, Jr.,
                                      DANNY D. BRACE, JR.,
                                      Attorney for Defendant

Date:  4-24-07          By:  /s/ Heiko Coppola by Danny D. Brace, Jr.
                                      HEIKO COPPOLA
                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**

DATED:  May 2, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE