1  STEPHEN P. NARATIL
   California Bar No. 174825
2  SUMMIT DEFENSE
   601 First Street, Suite 250B
3  Benicia, CA  94510
   Telephone (7074)748-1240
4  Facsimile (707)361-9028

5  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:07-cr-00023-MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO EXTEND** |
| vs. | ) **TIME FOR HEARING AND EXCLUDE TIME** |
| TROY L. CARDOSO, | ) |
| Defendant. | ) |

The parties agree that time beginning October 25, 2007 and extending through November 15, 2007 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

///
///
///
///
///

1

1  The parties further request that this matter be taken off the October 25, 2007, calendar and be
2  rescheduled to November 15, 2007, at 9:00 a.m.

3

4                                                              Respectfully submitted,

5  Dated: October 23, 2007                          By:    /s/Stephen P. Naratil
                                                           STEPHEN P. NARATIL
6                                                          Attorney for Defendant, Troy L. Cardoso

7

8  Dated:                                          By:    /s/ Heiko Coppola
                                                           HEIKO COPPOLA
9                                                          Assistant U.S. Attorney

10

11 **IT IS SO ORDERED:**

12

13 Dated:  October 24, 2007

14                                              _____
15                                              MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28