Case 2:07-cr-00023-MCE   Document 29   Filed 01/24/08   Page 1 of 1

STEPHEN P. NARATIL
California Bar No. 174825
SUMMIT DEFENSE
601 First Street, Suite 250B
Benicia, CA 94510
Telephone (707)748-1240
Facsimile (707)361-9028

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TROY L. CARDOSO,<br><br>    Defendant. | Case No.: CR-S-07-0023 MCE<br><br>**Order**<br><br>Date: February 1, 2008<br>Time: 2:00 p.m. |

The defendant Troy Cardoso's request to the court to place this matter on calendar in court room 26 before Magistrate Judge Kimberly J. Mueller on February 1, 2008, at 2:00 p.m., for the purpose of conducting a bail hearing is granted and so ordered.

Dated: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1