DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00023-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| TROY L. CARDOSO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel

Dwight M. Samuel and United States of America, by and through, Assistant United States

Attorney Heiko Coppola, that the status conference presently set for Thursday, May 1, 2008 at

9:00 a.m. be vacated and rescheduled for a status conference on Thursday, May 29, 2008, at 9:00

a.m.

It is further stipulated that the period from May 1, 2008, through and including May 29,

2008 be excluded in computing the time within which trial must commence under the Speedy

Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and

preparation of counsel.

1   Respectfully submitted,

2

3   Dated: April 25, 2008

4                                             /s/ Dwight M. Samuel
                                              DWIGHT M. SAMUEL
5                                             Attorney for Defendant, Troy L. Cardoso

6   Dated: April 25, 2008

7

8                                             /s/Heiko Coppola
                                              HEIKO COPPOLA
9                                             Assistant United States Attorney
                                              (Signed per telephonic authorization)

10

11  IT IS SO ORDERED.

12   Dated:  May 9, 2008

13

14                                            _____
                                              MORRISON C. ENGLAND, JR.
15                                            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28