1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>TROY L. CARDOSO,              )<br>                              )<br>            Defendant,        )<br>_____) | No. 2:07-cr-00023-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, May 29, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, July 3, 2008, at 9:00 a.m.

It is further stipulated that the period from May 29, 2008, through and including July 3, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: May 23, 2008

      /s/ Dwight M. Samuel
      DWIGHT M. SAMUEL
      Attorney for Defendant, Troy L. Cardoso

Dated: May 23, 2008

      /s/Heiko Coppola[1]
      HEIKO COPPOLA
      Assistant United States Attorney

IT IS SO ORDERED.

Dated:  May 27, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] AUSA, Heiko Coppola, signed via telephonic authorization.