DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   No. 2:07-cr-00023-MCE
                            )
              Plaintiff,    )   STIPULATION AND
                            )   ORDER
         v.                 )   CONTINUING STATUS
                            )   CONFERENCE
TROY L. CARDOSO,            )
                            )
              Defendant,    )
                            )
_____)

      It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, July 1, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, August 7, 2008, at 9:00 a.m.

      It is further stipulated that the period from July 1, 2008, through and including August 7, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

1 | Respectfully submitted,

3 | Dated: July 1, 2008

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Troy L. Cardoso

6 | Dated: July 1, 2008

        /s/Heiko Coppola
        HEIKO COPPOLA
        Assistant United States Attorney
        (Signed per telephonic authorization)

11 | IT IS SO ORDERED.

Dated: July 22, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE