1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00023-MCE |
|---|---|---|
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| TROY L. CARDOSO, | ) | |
| Defendant, | ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, August 7, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on **Thursday, October 2, 2008**, at 9:00 a.m.

It is further stipulated that the period from August 7, 2008, through and including October 2, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: August 5, 2008

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Troy L. Cardoso

Dated: August 5, 2008

        /s/ Heiko Coppola[1]
        HEIKO COPPOLA
        Assistant United States Attorney

    IT IS SO ORDERED.

Dated:   August 7, 2008

        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

---

[1] Signed per telephonic authorization.