DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-023 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| TROY L. CARDOSO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel

Dwight M. Samuel and United States of America, by and through, Assistant United States

Attorney Heiko Coppola, that the status conference presently set for Thursday, October 2, 2008

at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, October 9, 2008, at

9:00 a.m.

It is further stipulated that the period from October 2, 2008, through and including

October 9, 2008 be excluded in computing the time within which trial must commence under the

Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity

and preparation of counsel.

1    Respectfully submitted,

2

3    Dated: September 30, 2008

4                       /s/ Dwight M. Samuel

                          DWIGHT M. SAMUEL

5                       Attorney for Defendant, Troy L. Cardoso

6    Dated: September 30, 2008

7

8                       /s/ Heiko Coppola[1]

                          HEIKO COPPOLA

9                       Assistant United States Attorney

10

11       IT IS SO ORDERED.

12   Dated:   October 2, 2008

13

14                          MORRISON C. ENGLAND, JR.

15                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28      [1] Signed per email authorization.