IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                    Cr. No. S-07-23 MCE

    vs.

TROY L. CARDOSO,

      Defendants.                               <u>ORDER</u>

_____/

        On October 8, 2008, the parties appeared for a hearing on defendant's motion for bail review. Dwight Samuel, Esq., appeared for defendant, who was present in custody; Assistant United States Attorney Heiko Coppola appeared for the government. At the hearing the court decided to seek an independent psychiatric evaluation before resolving the motion. Since the hearing, the court has learned there is no list of readily available psychiatrists for the court to use in making such an appointment.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, the parties shall submit to the court by memo the name of a psychiatrist or other evaluator acceptable to both for appointment.

DATED: October 15, 2008.

2/card002.ord

_____
U.S. MAGISTRATE JUDGE

1