IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,                                  No. CR S-07-CR-0023 MCE

     vs.

TROY CARDOSO,

     Defendant.                              ORDER

_____/

        Upon the parties' agreement, the psychiatric evaluation of defendant, currently due on November 24, 2008, is now due by December 12, 2008. The further detention hearing, currently set for December 4, 2008, is continued until December 18, 2008 at 10:00 a.m. in Courtroom Twenty-Six.

        IT IS SO ORDERED.

DATED: November 20, 2008.

_____
U.S. MAGISTRATE JUDGE

2

card0023.eot

1