1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-00023 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| TROY L. CARDOSO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, November 20, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, December 18, 2008, at 9:00 a.m.

It is further stipulated that the period from November 20, 2008, through and including December 18, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,


Dated: November 20, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Troy L. Cardoso

Dated: November 20, 2008


/s/ Heiko Coppola[1]
HEIKO COPPOLA
Assistant United States Attorney



   IT IS SO ORDERED.

 Dated:  November 21, 2008


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Signed per email authorization.