IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                   No. CR S-07-CR-0023 MCE

    vs.

TROY CARDOSO,

      Defendant.                          <u>ORDER</u>

_____/

        On October 28, 2008, the court appointed Dr. Humberto Temporini to evaluate defendant in connection with defendant's motion to be released and directed Dr. Temporini to file a report. The court has now received a letter from Dr. Temporini, explaining that he is unable to complete the report by the date set.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Dr. Temporini's report is now due by December 29, 2008, to be submitted in accordance with the provisions of the October 28, 2008 order;

        2. The hearing of December 18, 2008 is vacated and the continued detention hearing is reset for January 8, 2009 at 10:00 a.m. in Courtroom Twenty-Six;

        3. The Clerk of the Court is directed to file Dr. Temporini's letter dated December 9, 2008; and

1

4. The Clerk of the Court is directed to serve a copy of this order on Dr. Temporini, at the Department of Psychiatry and Behavioral Sciences, 2230 Stockton Boulevard, Sacramento, California 95817.

DATED: December 11, 2008.

_____
U.S. MAGISTRATE JUDGE

2

card0023.eot