1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00023 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| TROY L. CARDOSO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, December 18, 2008 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, February 5, 2009, at 9:00 a.m.

It is further stipulated that the period from December 18, 2008, through and including February 5, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: December 17, 2008

                                  /s/ Dwight M. Samuel
                                  DWIGHT M. SAMUEL
                                  Attorney for Defendant, Troy L. Cardoso

Dated: December 17, 2008

                                  /s/ Heiko Coppola[1]
                                  HEIKO COPPOLA
                                  Assistant United States Attorney

IT IS SO ORDERED.

Dated:   December 17, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE

---

[1] Signed per email authorization.