DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-023 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | PROPOSED ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE |
| TROY L. CARDOSO, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, February 5, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, March 5, 2009, at 9:00 a.m.

It is further stipulated that the period from February 5, 2009, through and including March 5, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: February 5, 2009

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Troy L. Cardoso

Dated: February 5, 2009

        /s/ Heiko Coppola[1]
        HEIKO COPPOLA
        Assistant United States Attorney

IT IS SO ORDERED.

Dated:  February 6, 2009

        _____
        MORRISON C. ENGLAND, JR.
        UNITED STATES DISTRICT JUDGE

---

[1] Signed per email authorization.