```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770

 5

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CASE NO. 2:07-CR-0023 MCE
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )   STIPULATION AND ORDER TO
                                 )   EXCLUDE TIME
13  TROY L. CARDOSO              )
                                 )
14                               )
                Defendant.       )
15  _____)

16
```

17     The parties request that the status conference in this case
18 be continued from May 7, 2009 to June 11, 2009 at 9:00 a.m.  They
19 stipulate that the time between May 7, 2009 and June 11, 2009
20 should be excluded from the calculation of time under the Speedy
21 Trial Act.  The parties stipulate that the ends of justice are
22 served by the Court excluding such time, so that counsel for the
23 defendant may have reasonable time necessary for effective
24 preparation, taking into account the exercise of due diligence.
25 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically,
26 the defense is still performing its investigation in this matter.
27 The defense has hired a computer forensic expert who requires
28 additional time to analyze the computer seized from the defendant

during the execution of the search warrant. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: May 6, 2009   By:   /s/ Heiko P. Coppola
                          HEIKO P. COPPOLA
                          Assistant U.S. Attorney

DATE: May 6, 2009         /s/ Dwight M. Samuel[1]
                          DWIGHT M. SAMUEL
                          Attorney for Defendant

**IT IS SO ORDERED.**

Dated: May 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Samuel authorized AUSA Coppola to sign this stipulation on his behalf.

2