1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    CASE NO. 2:07-CR-0023 MCE
                                 )
12              Plaintiff,       )
                                 )
13      v.                       )    STIPULATION AND
                                 )    ORDER TO EXCLUDE TIME
14 TROY L. CARDOSO               )
                                 )
15                               )
                Defendant.       )
16 _____ )

17

18      The parties request that the status conference in this case

19 be continued from June 11, 2009 to July 2, 2009 at 9:00 a.m.

20 They stipulate that the time between June 11, 2009 and July 2,

21 2009 should be excluded from the calculation of time under the

22 Speedy Trial Act.  The parties stipulate that the ends of justice

23 are served by the Court excluding such time, so that counsel for

24 the defendant may have reasonable time necessary for effective

25 preparation, taking into account the exercise of due diligence.

26 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,

27 the defense is still performing its investigation in this matter.

28 The defense has hired a computer forensic expert who requires

                                 1

additional time to analyze the computer seized from the defendant during the execution of the search warrant.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                              Respectfully Submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATE: June 8, 2009        By:    /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

DATE: June 8, 2009                       /s/ Dwight M. Samuel[1]
                                              DWIGHT M. SAMUEL
                                              Attorney for Defendant

**IT IS SO ORDERED.**

Dated: June 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Samuel authorized AUSA Coppola to sign this stipulation on his behalf.

2