LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      CASE NO. 2:07-CR-0023 MCE
                               )
              Plaintiff,       )
                               )
       v.                      )      STIPULATION AND ORDER TO
                               )      EXCLUDE TIME
TROY L. CARDOSO                )
                               )
                               )
              Defendant.       )
_____)

      The parties request that the status conference in this case
be continued from July 30, 2009 to August 27, 2009 at 9:00 a.m.
They stipulate that the time between July 30, 2009 and August 27,
2009 should be excluded from the calculation of time under the
Speedy Trial Act.  The parties stipulate that the ends of justice
are served by the Court excluding such time, so that counsel for
the defendant may have reasonable time necessary for effective
preparation, taking into account the exercise of due diligence.
18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
the defense is still performing its investigation in this matter.
The defense has hired a computer forensic expert who requires

additional time to analyze the computer seized from the defendant during the execution of the search warrant.   The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).


                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


DATE: July 29, 2009        By:   ____/s/ Heiko P. Coppola____
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney


DATE: July 29, 2009              ____/s/ Dwight M. Samuel[1]__
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant


     **IT IS SO ORDERED.**

Dated: July 29, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE


---

[1]Mr. Samuel authorized AUSA Coppola to sign this stipulation on his behalf.

2