LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-00023-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO EXCLUDE TIME |
| TROY L. CARDOSO | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from August 27, 2009 to September 24, 2009 at 9:00 a.m. They stipulate that the time between August 27, 2009 and September 24, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, the defense is still performing its investigation in this matter.

1

The defendant hired a computer forensic expert who examined the computer seized from the defendant during the execution of the search warrant.  The defendant is awaiting receipt of the computer forensic expert's report.  Once the report is received, defense counsel will need to review the report with the defendant. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                              Respectfully Submitted,

                              LAWRENCE G. BROWN
                              United States Attorney

DATE: August 27, 2009       By:     /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney


DATE: August 27, 2009               /s/ Dwight M. Samuel[1]
                              DWIGHT M. SAMUEL
                              Attorney for Defendant

**IT IS SO ORDERED.**

Dated: August 27, 2009

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

---

[1] Mr. Samuel authorized AUSA Coppola to sign this stipulation on his behalf.