DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-023 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER |
| v. | ) | CONTINUING STATUS |
| | ) | CONFERENCE |
| TROY L. CARDOSO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel

Dwight M. Samuel and United States of America, by and through, Assistant United States

Attorney Heiko Coppola, that the status conference presently set for Thursday, October 15, 2009

at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, October 29, 2009,

at 9:00 a.m.

It is further stipulated that the period from October 15, 2009, through and including

October 29, 2009 be excluded in computing the time within which trial must commence under

the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for

continuity and preparation of counsel.

1   Respectfully submitted,

2

3   Dated: October 9, 2009

4                                          /s/ Dwight M. Samuel
                                           DWIGHT M. SAMUEL
5                                          Attorney for Defendant, Troy L. Cardoso

6   Dated: October 9, 2009

7

8                                          /s/ Heiko Coppola[1]
                                           HEIKO COPPOLA
9                                          Assistant United States Attorney

10

11          IT IS SO ORDERED.

12

13   Dated:   October 14, 2009

14

15                                         MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27   _____

28          [1] Signed per email authorization.