DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-023 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER |
| v. ) | CONTINUING STATUS |
| ) | CONFERENCE |
| TROY L. CARDOSO, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, October 29, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, December 3, 2009, at 9:00 a.m.

The government has provided a plea agreement to the defendant, the terms of which are still being negotiated. Given the government's offer, Mr. Cardoso is presently seeking a second opinion from another attorney. A continuance will allow time for the second opinion to take place. Defense counsel will also need additional time to review discovery in order to prepare for a guilty plea or trial setting.

It is further stipulated that the period from October 29, 2009, through and including December 3, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Dated: October 27, 2009

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Troy L. Cardoso

Dated: October 27, 2009

/s/ Heiko Coppola[1]
HEIKO COPPOLA
Assistant United States Attorney

      IT IS SO ORDERED.

Dated:  October 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Signature authorized per email.