1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

5

6

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
              IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,    )      No. CR-S-07-00023-MCE
                                 )
13                               )
                   Plaintiff,    )      STIPULATION AND
14                               )      ORDER
         v.                      )      CONTINUING STATUS
15                               )      CONFERENCE
    TROY L. CARDOSO,             )
16                               )
                   Defendant,    )
17                               )
    _____)
18

19       It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel

20  Dwight M. Samuel and United States of America, by and through, Assistant United States

21  Attorney Heiko Coppola, that the status conference presently set for Thursday, December 3, 2009

22  at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, January 7, 2010, at

23  9:00 a.m.

24       It is further stipulated that the period from December 3, 2009 , through and including

25  January 7, 2010 be excluded in computing the time within which trial must commence under the

26  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity

27  and preparation of counsel.

28       All parties have been negotiating this case and recently a final plea offer has been made

1  by the government. This offer needs to be put into a written form and discussed with Mr.

2  Cardoso.

3

4  Respectfully submitted,

5

6  Dated: December 2, 2009

7                                          /s/ Dwight M. Samuel
                                           DWIGHT M. SAMUEL
8                                          Attorney for Defendant, Troy L. Cardoso

9  Dated: December 2, 2009

10
                                           /s/ Heiko Coppola[1]
11                                         HEIKO COPPOLA
                                           Assistant United States Attorney
12

13

14  IT IS SO ORDERED.

15
    Dated:   December 4, 2009
16

17                                         _____
                                           MORRISON C. ENGLAND, JR.
18                                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28        [1] Signed per email authorization.