1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   TROY L. CARDOSO

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00023-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **AMENDED** STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) ) | |
| TROY L. CARDOSO, | ) ) | |
| Defendant, | ) ) ) | |

It is hereby stipulated and agreed to between Troy L. Cardoso, by and through counsel Dwight M. Samuel and United States of America, by and through, Assistant United States Attorney Heiko Coppola, that the status conference presently set for Thursday, **January 7, 2010** at 9:00 a.m. be vacated and rescheduled for a status conference on Thursday, January 14, 2010, at 9:00 a.m.

It is further stipulated that the period from January 6, 2010, through and including January 14, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

///

Parties are continuing to negotiate this case. A final plea offer is pending. Upon receipt this offer will be discussed with Mr. Cardoso.

Respectfully submitted,

Dated: January 6, 2010

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Troy L. Cardoso

Dated: January 6, 2010

/s/ Heiko Coppola[1]
HEIKO COPPOLA
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   January 6, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Signed per email authorization.