```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY L. CARDOSO ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:07-CR-0023 MCE <br><br> AMENDED <br> STIPULATION AND <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from April 8, 2010 to June 10, 2010 at 9:00 a.m. They stipulate that the time between April 8, 2010 and June 10, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Mr. Rosenfeld was retained by the defendant appeared for the first time in this Court on or about February 18, 2010. Defense counsel received

discovery from the defendant's prior attorney, Mr. Samuel.  The defense is still performing its investigation and reviewing discovery in this matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: April 8, 2010     By:     /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

DATE: April 8, 2010             /s/ Kenneth Rosenfeld[1]
                                      KENNETH ROSENFELD
                                      Attorney for Defendant

                                      **SO ORDERED.**

Dated: April 8, 2010

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

---

[1] Mr. Rosenfeld authorized AUSA Coppola to sign this stipulation on his behalf.

2