1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   CASE NO. 2:07-CR-0023 MCE
                                    )
11              Plaintiff,          )
                                    )   AMENDED
12      v.                          )   STIPULATION AND
                                    )   ORDER TO EXCLUDE TIME
13 TROY L. CARDOSO                  )
                                    )
14                                  )
                Defendant.          )
15 _____ )

16

17      The parties request that the status conference in this case

18 be continued from June 10, 2010 to August 19, 2010 at 9:00 a.m.

19 They stipulate that the time between June 10, 2010 and August 19,

20 2010 should be excluded from the calculation of time under the

21 Speedy Trial Act.  The parties stipulate that the ends of justice

22 are served by the Court excluding such time, so that counsel for

23 the defendant may have reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.

25 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Mr. Rosenfeld

26 was retained by the defendant appeared for the first time in this

27 Court on or about February 18, 2010.  Defense counsel received

28 discovery from the defendant's prior attorney, Mr. Samuel.  The

                                   1

defense is still performing its investigation and reviewing discovery in this matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: June 8, 2010      By:   /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

DATE: June 8, 2010            /s/ Kenneth Rosenfeld[1]
                              KENNETH ROSENFELD
                              Attorney for Defendant

    **IT IS SO ORDERED.**

 Dated: June 8, 2010

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

---

[1]Mr. Rosenfeld authorized AUSA Coppola to sign this stipulation on his behalf.