```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0023 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO EXCLUDE TIME |
| TROY L. CARDOSO | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from August 19, 2010 to September 23, 2010 at 9:00 a.m. They stipulate that the time between August 19, 2010 and September 23, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Mr. Rosenfeld was retained by the defendant appeared for the first time in this Court on or about February 18, 2010.

1

Defense counsel received discovery from the defendant's prior attorney, Mr. Samuel.  The defense is still performing its investigation and reviewing discovery in this matter.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: August 18, 2010        By:      /s/ Heiko P. Coppola
                             HEIKO P. COPPOLA
                             Assistant U.S. Attorney

DATE: August 18, 2010             /s/ Kenneth Rosenfeld[1]
                             KENNETH ROSENFELD
                             Attorney for Defendant

**SO ORDERED.**

Dated: August 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Rosenfeld authorized AUSA Coppola to sign this stipulation on his behalf.