BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 2:07-CR-00023-MCE |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| TROY L. CARDOSO  ) | |
| ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

    The parties request that the status conference in this case be continued from November 4, 2010 to December 16, 2010 at 9:00 a.m.  They stipulate that the time between November 4, 2010 and December 16, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Mr. Rosenfeld was retained by the defendant appeared for the first time in this Court on or about February 18, 2010.

Defense counsel received discovery from the defendant's prior attorney, Mr. Samuel.  The defense is still performing its investigation and reviewing discovery in this matter. Specifically, the defense has recently retained an expert to perform a forensic evaluation of the computer seized from the defendant and will need additional time to get this examination accomplished. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                    Respectfully Submitted,

                    BENJAMIN B. WAGNER
                    United States Attorney

DATE: November 5, 2010      By:     /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: November 5, 2010            /s/ Kenneth Rosenfeld[1]
                                  KENNETH ROSENFELD
                                  Attorney for Defendant

**IT IS SO ORDERED.**

 Dated: November 5, 2010

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

---

[1] Mr. Rosenfeld authorized AUSA Coppola to sign this stipulation on his behalf.