```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>            Plaintiff,   )<br>   )<br>      v.   )<br>   )<br>TROY L. CARDOSO   )<br>   )<br>            Defendant.   )<br>_____) | CASE NO. 2:07-CR-00023-MCE<br><br>STIPULATION AND ORDER TO<br>EXCLUDE TIME |

The parties request that the status conference in this case be continued from December 16, 2010 to February 17, 2011 at 9:00 a.m. They stipulate that the time between December 16, 2010 and February 17, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Mr. Rosenfeld was retained by the defendant appeared for the first time in this Court on or about February 18, 2010.

///

Defense counsel received discovery from the defendant's prior attorney, Mr. Samuel.  The defense is still performing its investigation and reviewing discovery in this matter.  Specifically, the defense expert still needs to examine the final hard drive seized from the defendant at the time the search warrant was executed at his residence and perform a forensic evaluation of the hard drive.  To date, the defense expert has examined two of the three hard drives seized from the defendant and will need additional time to get this final examination accomplished.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: December 14, 2010        By:     /s/ Heiko P. Coppola
                                                 HEIKO P. COPPOLA
                                                 Assistant U.S. Attorney

DATE: December 14, 2010              /s/ Kenneth Rosenfeld[1]
                                                 KENNETH ROSENFELD
                                                 Attorney for Defendant

**IT IS SO ORDERED.**

Dated: December 14, 2010

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE

---

[1] Mr. Rosenfeld authorized AUSA Coppola to sign this stipulation on his behalf.