Kenneth L. Rosenfeld, SBN 186060
**THE ROSENFELD LAW FIRM**
1000 G Street, Suite 240
Sacramento, California 95814
Telephone: (916) 447-2070
Facsimile: (916) 447-2097
E-mail: klresq@therosenfeldlawfirm.com

Attorney for Defendant
Troy L. Cardoso

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-00023-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| TROY L. CARDOSO | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from February 17, 2011 to March 24, 2011 at 9:00 a.m. They stipulate that the time between February 17, 2011 and March 24, 2011 should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant has reasonable time necessary to discuss the Government's offer of resolution with the defendant.

///

///

1

1  Although it was anticipated this could be accomplished prior to
2  February 17, unfortunately the defendant has been seriously ill and
3  the medications given to him precluded meaningful discussion with
4  him regarding entry of a plea. It is essential of course to review
5  the plea agreement with defendant so that he completely understands
6  the parameters of the agreement in preparation for the expected
7  change of plea hearing.  The parties stipulate and agree that the
8  interests of justice served by granting this continuance outweigh
9  the best interests of the public and the defendant in a speedy
10 trial.  18 U.S.C. § 3161(h)(7)(A).

                                         Respectfully Submitted,

                                         **THE ROSENFELD LAW FIRM**

DATE: February 18, 2011        By:    /s/ Kenneth L. Rosenfeld[1]
                                      KENNETH L. ROSENFELD
                                      Attorney for Defendant


DATE: February 18, 2011               /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant United States Attorney


    **IT IS SO ORDERED.**

 Dated: February 18, 2011

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE

---

[1]AUSA Coppola has authorized Mr. Rosenfeld to sign this stipulation on his behalf.

2