BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00023-MCE |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| TROY L. CARDOSO, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Troy L. Cardoso it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Troy L. Cardoso's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) One Dell Dimension 8200 desktop computer, serial number GV9QK11;

    (b) One Maxtor D740X-6L, 20 gigabyte hard drive, serial number 11S24P3661ZJ1JN868Z04M, removed from the above-referenced Dell Dimension 8200 desk-top computer;

///

    (c) One Maxtor D740X-6L, 20 gigabyte hard drive, serial number 11S24P3661ZJ1JN868YZ1S, removed from the above-referenced Dell Dimension 8200 desk-top computer; and

    (d) Any and all other media seized from the defendant during the execution of the search warrant at his residence containing depictions of minors engaged in sexually explicit conduct.

  2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by Customs and Border Protection, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

///
///
///

1        b.  This notice shall state that any person, other than
2 the defendant, asserting a legal interest in the above-listed
3 property, must file a petition with the Court within sixty (60)
4 days from the first day of publication of the Notice of
5 Forfeiture posted on the official government forfeiture site, or
6 within thirty (30) days from receipt of direct written notice,
7 whichever is earlier.

8    5.  If a petition is timely filed, upon adjudication of all
9 third-party interests, if any, this Court will enter a Final
10 Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all
11 interests will be addressed.

12 Dated: June 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE