BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TROY CARDOSO, ) <br> ) <br> Defendant. ) <br> _____) | No. 2:07-CR-0023 MCE <br><br> STIPULATION AND ORDER DIRECTING <br> PAYMENT OF RESTITUTION |

The undersigned parties stipulate and agree that defendant Troy Cardoso, shall be ordered to pay restitution in the amount of $5000 to the victim in this case, identified in paragraph 12 of the Presentence Report as being the victim in the "Misty" child pornography series. The defendant stipulated to the payment of restitution as part of the plea agreement in this case.

DATED: 8-21-12                    Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                              By:   /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

**Stipulation and Order Directing Payment of Restitution.**

1

DATED: May 4, 2012          By:    /s/ Ken Rosenfeld
                                   KEN ROSENFELD
                                   Attorney for Defendant
                                   Troy Cardoso

### ORDER

Based on the stipulation of the parties and good cause appearing, the defendant Troy Cardoso, shall be ordered to pay restitution to his victim, identified in paragraph 12 of the Presentence Report as being the victim in the "Misty" child pornography series in the amount totaling $5000.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order Directing Payment of Restitution.**

2