BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TROY L. CARDOSO,<br><br>Defendant. | CASE NO. 2:07-CR-023-01<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 7, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an Admit/Deny Hearing on January 7, 2016.

2. By this stipulation, the parties now jointly request to continue the Admit/Deny Hearing until January 28, 2016.

3. This continuance will allow U.S. Probation Officer Toni Ortiz to continue her investigation of the defendant's alleged supervised release violations. This investigation includes forensic review of a computer that Officer Ortiz believes the defendant might have used.

4. The parties request that the Court order the U.S. Probation Office to produce discovery to both parties as it becomes available.

///

STIPULATION AND ORDER REGARDING CONTINUING HEARING & PRODUCING DISCOVERY

1

5. U.S. Probation Officer Toni Ortiz does not object to the continuance or to the discovery order.

IT IS SO STIPULATED.

Dated: January 7, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney

Dated: January 7, 2016

/s/ ERIC HINTZ
ERIC HINTZ
Counsel for Defendant
TROY L. CARDOSO

**ORDER**

IT IS SO ORDERED.

Dated: January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT