PHILLIP A. TALBERT
Acting United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-023 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ADJUSTMENT |
| v. | COURT: Hon. Morrison C. England, Jr. |
| TROY CARDOSO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Court previously ordered the government to respond to the defense's pre-hearing briefing by July 25, 2016. The Court ordered the defense to reply by July 29, 2016.

2. By this stipulation, the parties jointly move that the government's due date be moved to July 26, 2016. The defense reply will continue to be due on July 29, 2016.

3. The parties agree and stipulate that the schedule modification is appropriate given the government attorney's health: She ran fever and had vomiting on July 24, 2016. She saw her

//

//

//

STIPULATION REGARDING
BRIEFING SCHEDULE ADJUSTMENT

1

physician on the morning of July 25, 2016.  The adjustment will allow her the opportunity to complete her research and briefing for the court.

IT IS SO STIPULATED.


Dated:  July 25, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ AMANDA BECK
AMANDA BECK
Assistant United States Attorney


Dated:  July 25, 2016

/s/ DOUG BEEVERS
DOUG BEEVERS
Counsel for Defendant
TROY CARDOSO


**ORDER**

IT IS SO ORDERED.

Dated:  July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE