HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
TROY CARDOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-CR-023 MCE |
| Plaintiff, | STIPULATION AND ORDER AUTHORIZING DISCLOSURE OF PSR TO DEFENSE COUNSEL |
| v. | |
| TROY CARDOSO, | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated between the parties, Amanda Beck, Assistant United States Attorney, attorney for plaintiff; and Douglas Beevers, Assistant Federal Defender, attorney for defendant Troy Cardoso ; that the presentence investigation report may be disclosed to defense counsel, Assistant Federal Defender Douglas Beevers.

The grounds for this request are that the presentence investigation report is required in Mr. Cardoso's appellate case (16-10405) in the United States Court of Appeals for the Ninth Circuit pursuant to Ninth Circuit Rule 30-1.10.

///

///

///

///

///

| | | |
|---|---|---|
| Dated: November 1, 2016 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Douglas Beevers* <br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>TROY CARDOSO |
| Dated: November 1, 2016 | | Phillip A. Talbert<br>Acting U.S. Attorney |
| | | */s/ Amanda Beck* <br>AMANDA BECK<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

O R D E R

It is hereby ordered that the Pre-sentence Investigation Report for Troy Cardoso may be disclosed to defense counsel, Douglas Beevers who is ordered not to disclose the report to any other person.

IT IS SO ORDERED.

Dated: November 3, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE