# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TROY L. CARDOSO,<br><br>　　　　　Defendant. | 2:07-cr-00023-MCE-1<br><br>**ORDER ISSUING SEARCH WARRANT** |

On January 5, 2018 at 5:59 p.m., this Court received a telephonic request from the Assistant Chief Probation Officer for the EDCA, Jack Roberson. He was sworn by this Court over the phone. Chief Roberson explained that which is contained in the Attachment to the Application For A Search Warrant. Due to that information, coupled with the exigent circumstances, this Court issued the limited Search Warrant orally, indicating that the paperwork would be completed on Monday, January 8, 2018. This Order confirms the basis of the warrant, the circumstances of the warrant, and the fact that the warrant was issued for the sole purpose of checking the residence described in the Application at 8841 Curragh Downs Drive, Fair Oaks, California for victims or hostages.

IT IS SO ORDERED.

　Dated:　**January 8, 2018**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE