Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
TROY CARDOSO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07-CR-00023-MCE |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) |
| vs. | ) |
| | ) |
| TROY CARDOSO, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Theusen, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Troy Cardoso, to order the evidence, the photo album seized from Mr. Cardoso's residence. in the possession of the Probation Officer, Miranda Lutke, be made available to defense counsel and the government. Probation does not oppose the request.

Dated: December 12, 2019          Respectfully submitted,

                                  /s/ Michael E. Hansen
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  TROY CARDOSO

**STIP/ORDER RE: RELEASE OF MATERIALS**

Dated:  December 12, 2019

McGREGOR SCOTT
United States Attorney

By: /s/ Michael E. Hansen for
MATTHEW THEUSEN
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders the evidence made available to the parties forthwith.

IT IS SO ORDERED.

Dated: December 20, 2019

Troy L. Nunley
United States District Judge

**STIP/ORDER RE: RELEASE OF MATERIALS**