Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
TROY CARDOSO

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TROY CARDOSO,<br><br>　　　　　Defendant. | Case No.: 2:07-cr-00023 MCE<br><br>**REQUEST FOR WAIVER OF DEFENDANT'S IN-PERSON APPEARANCE (LOCAL RULE 137(b) & GENERAL ORDER 616)** |

Pursuant to Local Rule 137(b) and General Order 616, defendant Troy Cardoso hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court after trial, including upon imposition of sentence. Defendant hereby requests the Court to proceed by videoconference of defendant's presence, the same as if defendant were present in-person, and further agrees to be present in court ready for sentencing any day and hour the Court may fix in his absence. Undersigned has consulted with the defendant and the defendant consents to counsel's signing on defendant's behalf.

///

///

///

///

**1**

**Request for Waiver of Defendant's Personal Presence**

Dated:  August 17, 2020                    /s/ Michael E. Hansen for
                                           TROY CARDOSO


I agree with and consent to my client's waiver of appearance.

Dated:  August 17, 2020                    /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for Defendant
                                           TROY CARDOSO


### ORDER

I approve the above waiver of in-person presence.

IT IS SO ORDERED.

Dated:  August 18, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**Request for Waiver of Defendant's Personal Presence**